Prob 12B
(rev. 09/21)

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**Jan 29 - 2024**
John M. Domurad, Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:   Tashan Cook                                    Case Number: 1:19CR000418-001

Name of Sentencing Judicial Officer:   Honorable Norman A. Mordue, Senior U.S. District Judge

Name of Current Judicial Officer: Honorable Anne M. Nardacci, U.S. District Judge (Reassigned on 1/23/2024)

Date of Original Sentence: July 29, 2020

Original Offense:   Possession of Firearm by a Prohibited Person (Domestic Violence Order of Protection)

Original Sentence:   Thirty (30) Months Imprisonment and Three (3) Years' Supervised Release

Type of Supervision:   Supervised Release           Date Supervision Commenced: July 28, 2022

---

## PETITIONING THE COURT

☐   To extend the term of supervision for ___ years, for a total of ___ years.

☒   To modify the conditions of supervision as follows:

ADD:

You must provide the probation officer with access to any requested financial information.

You must submit your person, and any property, house, residence, vehicle, papers, effects, computer, electronic communications devices, and any data storage devices or media, to search at any time, with or without a warrant, by any federal probation officer, or any other law enforcement officer from whom the Probation Office has requested assistance, with reasonable suspicion concerning a violation of a condition of probation or supervised release or unlawful conduct by you.  Any items seized may be removed to the Probation Office or to the office of their designee for a more thorough examination.

## **CAUSE**

The defendant is agreeable with these modifications and has signed attached Probation Form 49, Waiver of Hearing to Modify Conditions.  These conditions are being recommended by the U.S. Probation Office in consideration of the defendant's instant offense conduct and his personal characteristics.  Additionally, they serve the statutory sentencing purposes of deterrence, public protection, and rehabilitation, pursuant to 18 U.S.C. §§ 3553(a)(2)(B)-(D).  These conditions also enable the probation officer to satisfy the statutory requirements to: keep informed as to the conduct and condition of the defendant; report the defendant's conduct and condition to the sentencing court; and aid the defendant and bring about improvements in his conduct and condition, pursuant to 18 U.S.C. §§ 3603(2)-(3).

```
```

Prob 12B
(rev. 09/21)

A condition requiring the defendant provide financial disclosure may help the probation officer deter and detect economic crimes and verify and monitor employment. Additionally, this defendant has a criminal history which includes Grand Larceny and Petit Larceny.

A search condition is necessary based upon the underlying offense which involved the defendant possessing a firearm, the defendant's criminal history which includes Arson and Promoting Prison Contraband, his history of noncompliance while on supervision, and to ensure compliance with the other conditions of supervision.

Respectfully submitted,

_____
Thomas Carey
United States Probation Officer

Approved By:

_____
Dan Casullo
Supervisory U.S. Probation Officer

**THE COURT ORDERS:**

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☒ The Modification of Conditions as Noted Above
- ☐ Other

_____
Honorable Anne M. Nardacci
U.S. District Court Judge

January 29, 2024
Date

PROB 49
(Rev. 6/10)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

Waiver of Hearing to Modify Conditions
or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of Conditions Type or my period of supervision being extended. By 'assistance of counsel,' I understand that I have a right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I agree to the following modification of my conditions or to the proposed extension of my term of supervision.

You must provide the probation officer with access to any requested financial information.

You must submit your person, and any property, house, residence, vehicle, papers, effects, computer, electronic communications devices, and any data storage devices or media, to search at any time, with or without a warrant, by any federal probation officer, or any other law enforcement officer from whom the Probation Office has requested assistance, with reasonable suspicion concerning a violation of a condition of probation or supervised release or unlawful conduct by you. Any items seized may be removed to the Probation Office or to the office of their designee for a more thorough examination.

Witness: _____
Thomas Carey
U.S. Probation Officer

Signed: _____
Tashan Cook
Client

January 17, 2024
Date